# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RUSSIAN RECOVERY FUND LIMITED, BRACEBRIDGE CAPITAL, L.L.C., Tax Matters Partner,<br><br>Complainant,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Respondent. | ) | Case Nos. 1:06-CV-00035-EGB and 1:06-CV-00036-EGB<br><br>Judge Eric G. Bruggink |

## MOTION TO WITHDRAW PAGE INADVERTENTLY APPENDED TO EXHIBITS TO COMPLAINTS

Bracebridge Capital, L.L.C. hereby moves this Court, pursuant to Rule 77.3(b) of the Rules of the United States Court of Federal Claims, to withdraw from all files, records and databases maintained on behalf of the United States Court of Federal Claims, including but not limited to any electronic files, records and databases, and in particular the PACER System, the last page of the exhibits to each Complaint for Readjustment of Partnership Items Under Code Section 6226 for the tax years ended December 31, 2000 and 2001, both filed on January 12, 2006, or in the alternative, to seal permanently and under no circumstances disclose either the existence or substance of that page, and in support thereof state the following:

1. On January 12, 2006, Bracebridge Capital, L.L.C., designated Tax Matters Partner for Russian Recovery Fund Limited, filed a Complaint for Readjustment of Partnership Items Under Code Section 6226 for each of the tax years ended December 31, 2000 and 2001 — two separate complaints. Each action was entitled Russian Recovery Fund Limited, Bracebridge

Capital, L.L.C., Tax Matters Partner vs. The United States, and was assigned the following respective case numbers: 1:06-CV-00035-EGB and 1:06-CV-00036-EGB.

2. The last page (following the last exhibit) appended to both complaints is a document unrelated to those cases that was inadvertently included with the complaints when they were filed.

3. That page contains confidential information and is protected under the attorney-client privilege and attorney work product doctrine.

4. Continued disclosure of that document in public court files, records and databases would undermine the protections of the attorney-client privilege and attorney work product doctrine, unnecessarily expose confidential information and could substantially prejudice the rights and privileges of the person/s whose confidential information is contained therein.

**WHEREFORE**, Bracebridge Capital, L.L.C. respectfully requests that this Court order the immediate withdrawal of the above identified document and any copies from all files, records and databases maintained on behalf of the United States Court of Federal Claims, including but not limited to any electronic files, records and databases, and in particular the

PACER system, or in the alternative, to seal permanently and under no circumstances disclose either the existence or substance of that page.

Respectfully submitted,

BRACEBRIDGE CAPITAL, L.L.C.,
Tax Matters Partner for RUSSIAN
RECOVERY FUND LIMITED
By its attorneys,

s Loretta R. Richard
Stephen E. Shay
Loretta R. Richard
John H. Ray, III
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Dated: February 6, 2006