***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| RUSSIAN RECOVERY FUND LIMITED,<br>BRACEBRIDGE CAPITAL, L.L.C.,<br>TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 06-35 T**<br>**( Judge Eric G. Bruggink)** |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

March 6, 2006

s/David R. House

David R. House
Justice Department (Tax)
Court of Federal Claims Section
(202) 616-3366
(202) 514-9440 (Fax)
David.R.House@usdoj.gov